O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER BENKE, | ) | Case No. CV 11-00397 DDP (VBKx) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S MOTION** |
| | ) | **FOR LEAVE TO FILE SECOND AMENDED** |
| v. | ) | **COMPLAINT** |
| | ) | |
| DEPARTURE AGENCY, INC., et al., | ) | |
| | ) | [Docket # 36]] |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff's unopposed Motion for Leave to File Second Amended Complaint is GRANTED.

IT IS SO ORDERED.

Dated: December 6, 2011

DEAN D. PREGERSON
United States District Judge