McDERMOTT WILL & EMERY LLP
Eric Levinrad (SBN 169025)
*elevinrad@mwe.com*
Matthew Smith (SBN 240353)
*mjsmith@mwe.com*
2049 Century Park East, Suite 3800
Los Angeles, CA  90067
Telephone:  310-277-4110
Facsimile:  310-277-4730

Attorneys for Defendant Orbitz Worldwide, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BENKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTURE AGENCY, INC., et al.<br><br>　　　　Defendants. | Case No.  CV 11 0397 DDP (VBKx)<br><br>**DEFENDANT ORBITZ WORLDWIDE, INC.'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT;**<br><br>**DEMAND FOR JURY TRIAL** |

　　　　Defendant Orbitz Worldwide, Inc. ("Defendant") hereby answers the Second Amended Complaint as follows:

　　　　1. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 1 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

## INTRODUCTION

　　　　2. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of the last sentence of Paragraph 2 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.  Defendant denies all other allegations of Paragraph 2 of the Second Amended Complaint.

## JURISDICTION

3. Paragraph 3 of the Second Amended Complaint contains assertions of law to which a response is not required.

## VENUE

4. Paragraph 4 of the Second Amended Complaint contains assertions of law to which a response is not required.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 5 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 6 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

## THE PARTIES

7. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 7 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 8 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 9 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

10. Defendant denies that it was a co-conspirator with any other Defendant to unlawfully harm Plaintiff. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of Paragraph 10 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

11. Defendant is without knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations of Paragraph 11 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 12 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 13 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 14 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 15 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 16 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 17 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

18. Defendant is without knowledge or information sufficient to form a

McDermott Will & Emery LLP
Attorneys At Law
Irvine

1  belief as to the truth or falsity of the allegations of Paragraph 18 of the Second
2  Amended Complaint and, therefore, Defendant denies the substance of such
3  allegations.

4      19. Defendant is without knowledge or information sufficient to form a
5  belief as to the truth or falsity of the allegations of Paragraph 19 of the Second
6  Amended Complaint and, therefore, Defendant denies the substance of such
7  allegations.

8      20. Defendant admits that ORBITZ WORLDWIDE, INC. is the parent
9  company of ORBITZ LLC, which is the owner and operator of the Orbitz.com
10 website. Defendant admits that ORBITZ LLC is headquartered in Chicago, Illinois.
11 Defendant admits that the Orbitz.com website offers consumers the ability to
12 reserve hotel accommodations. Defendant admits that California hotels may be
13 booked through the Orbitz.com website by consumers across the United States and
14 denies all other allegations of the third sentence of Paragraph 20 of the Second
15 Amended Complaint. Defendant admits that ORBITZ LLC receives revenues as a
16 result of bookings made by consumers in California and as a result of bookings
17 made at hotels located in California. Defendant admits that listings on the
18 Orbitz.com website for hotels in California may be accessed by consumers in
19 California and outside of California. Defendant admits that a listing for the Andaz
20 San Diego—a Hyatt Hotel appears on the Orbitz.com website. Defendant denies all
21 other allegations of Paragraph 20 of the Second Amended Complaint.

22     21. To the best of its knowledge, Defendant admits that ORBITZ LLC
23 received images from one of the defendants, contracted with one or more of the
24 defendants, and images were, but are no longer, accessible on its website.
25 Defendant denies all other allegations of Paragraph 21 of the Second Amended
26 Complaint.

27     22. Defendant is without knowledge or information sufficient to form a
28 belief as to the truth or falsity of the allegations of Paragraph 22 of the Second

McDermott Will & Emery LLP
Attorneys At Law
Irvine

1  Amended Complaint and, therefore, Defendant denies the substance of such
2  allegations.

3      23.  Defendant is without knowledge or information sufficient to form a
4  belief as to the truth or falsity of the allegations of Paragraph 23 of the Second
5  Amended Complaint and, therefore, Defendant denies the substance of such
6  allegations.

7      24.  Defendant is without knowledge or information sufficient to form a
8  belief as to the truth or falsity of the allegations of Paragraph 24 of the Second
9  Amended Complaint and, therefore, Defendant denies the substance of such
10 allegations.

11     25.  Defendant is without knowledge or information sufficient to form a
12 belief as to the truth or falsity of the allegations of Paragraph 25 of the Second
13 Amended Complaint and, therefore, Defendant denies the substance of such
14 allegations.

15     26.  Defendant is without knowledge or information sufficient to form a
16 belief as to the truth or falsity of the allegations of Paragraph 26 of the Second
17 Amended Complaint and, therefore, Defendant denies the substance of such
18 allegations.

19     27.  Defendant is without knowledge or information sufficient to form a
20 belief as to the truth or falsity of the allegations of Paragraph 27 of the Second
21 Amended Complaint and, therefore, Defendant denies the substance of such
22 allegations.

23     28.  Defendant is without knowledge or information sufficient to form a
24 belief as to the truth or falsity of the allegations of Paragraph 28 of the Second
25 Amended Complaint and, therefore, Defendant denies the substance of such
26 allegations.

27     29.  Defendant is without knowledge or information sufficient to form a
28 belief as to the truth or falsity of the allegations of Paragraph 29 of the Second

1  Amended Complaint and, therefore, Defendant denies the substance of such
2  allegations.
3      30.  Defendant denies all of the allegations of Paragraph 30 of the Second
4  Amended Complaint.
5      31.  Defendant denies all of the allegations of Paragraph 31 of the Second
6  Amended Complaint.

## FIRST COUNT – BREACH OF CONTRACT

8      32.  Defendant is without knowledge or information sufficient to form a
9  belief as to the truth or falsity of the allegations of Paragraph 32 of the Second
10 Amended Complaint and, therefore, Defendant denies the substance of such
11 allegations.
12     33.  Defendant is without knowledge or information sufficient to form a
13 belief as to the truth or falsity of the allegations of Paragraph 33 of the Second
14 Amended Complaint and, therefore, Defendant denies the substance of such
15 allegations.
16     34.  Defendant is without knowledge or information sufficient to form a
17 belief as to the truth or falsity of the allegations of Paragraph 34 of the Second
18 Amended Complaint and, therefore, Defendant denies the substance of such
19 allegations.
20     35.  Defendant is without knowledge or information sufficient to form a
21 belief as to the truth or falsity of the allegations of Paragraph 35 of the Second
22 Amended Complaint and, therefore, Defendant denies the substance of such
23 allegations.
24     36.  Defendant is without knowledge or information sufficient to form a
25 belief as to the truth or falsity of the allegations of Paragraph 36 of the Second
26 Amended Complaint and, therefore, Defendant denies the substance of such
27 allegations.
28     37.  Defendant is without knowledge or information sufficient to form a

McDermott Will & Emery LLP
Attorneys At Law
Irvine

1  belief as to the truth or falsity of the allegations of Paragraph 37 of the Second
2  Amended Complaint and, therefore, Defendant denies the substance of such
3  allegations.
4      38.  Defendant is without knowledge or information sufficient to form a
5  belief as to the truth or falsity of the allegations of Paragraph 38 of the Second
6  Amended Complaint and, therefore, Defendant denies the substance of such
7  allegations.
8      39.  Defendant is without knowledge or information sufficient to form a
9  belief as to the truth or falsity of the allegations of Paragraph 39 of the Second
10 Amended Complaint and, therefore, Defendant denies the substance of such
11 allegations.
12     40.  Defendant is without knowledge or information sufficient to form a
13 belief as to the truth or falsity of the allegations of Paragraph 40 of the Second
14 Amended Complaint and, therefore, Defendant denies the substance of such
15 allegations.
16     41.  Defendant is without knowledge or information sufficient to form a
17 belief as to the truth or falsity of the allegations of Paragraph 41 of the Second
18 Amended Complaint and, therefore, Defendant denies the substance of such
19 allegations.
20     42.  Defendant is without knowledge or information sufficient to form a
21 belief as to the truth or falsity of the allegations of Paragraph 42 of the Second
22 Amended Complaint and, therefore, Defendant denies the substance of such
23 allegations.
24     43.  Defendant is without knowledge or information sufficient to form a
25 belief as to the truth or falsity of the allegations of Paragraph 43 of the Second
26 Amended Complaint and, therefore, Defendant denies the substance of such
27 allegations.
28     44.  Defendant is without knowledge or information sufficient to form a

McDermott Will & Emery LLP
Attorneys At Law
Irvine

1  belief as to the truth or falsity of the allegations of Paragraph 44 of the Second
2  Amended Complaint and, therefore, Defendant denies the substance of such
3  allegations.

### SECOND COUNT – CALIFORNIA COMMON COUNT

5  45.  Defendant is without knowledge or information sufficient to form a
6  belief as to the truth or falsity of the allegations of Paragraph 45 of the Second
7  Amended Complaint and, therefore, Defendant denies the substance of such
8  allegations.

9  46.  Defendant is without knowledge or information sufficient to form a
10 belief as to the truth or falsity of the allegations of Paragraph 46 of the Second
11 Amended Complaint and, therefore, Defendant denies the substance of such
12 allegations.

### THIRD COUNT – COPYRIGHT INFRINGEMENT

14 47.  Defendant is without knowledge or information sufficient to form a
15 belief as to the truth or falsity of the allegations of Paragraph 47 of the Second
16 Amended Complaint and, therefore, Defendant denies the substance of such
17 allegations.

18 48.  Defendant is without knowledge or information sufficient to form a
19 belief as to the truth or falsity of the allegations of Paragraph 48 of the Second
20 Amended Complaint and, therefore, Defendant denies the substance of such
21 allegations.

22 49.  Defendant is without knowledge or information sufficient to form a
23 belief as to the truth or falsity of the allegations of Paragraph 49 of the Second
24 Amended Complaint and, therefore, Defendant denies the substance of such
25 allegations.

26 50.  Defendant incorporates its answers to paragraphs 12 through 31 above
27 and denies all other allegations of Paragraph 50 of the Second Amended Complaint.

28 51.  Defendant denies all of the allegations of Paragraph 51 of the Second

McDermott Will & Emery LLP
Attorneys At Law
Irvine

1  Amended Complaint.

2      52. Defendant denies all of the allegations of Paragraph 52 of the Second
3  Amended Complaint.

4      53. Defendant denies all of the allegations of Paragraph 53 of the Second
5  Amended Complaint.

6      54. Defendant denies all of the allegations of Paragraph 54 of the Second
7  Amended Complaint.

8      55. Defendant denies all of the allegations of Paragraph 55 of the Second
9  Amended Complaint.

10      56. Defendant denies all of the allegations of Paragraph 56 of the Second
11  Amended Complaint.

12      57. Defendant denies all of the allegations of Paragraph 57 of the Second
13  Amended Complaint.

14      58. Defendant denies all of the allegations of Paragraph 58 of the Second
15  Amended Complaint.

16  **<u>FOURTH COUNT – COPYRIGHT INFRINGEMENT</u>**

17      59. Defendant repeats and incorporates by reference its responses to
18  paragraphs 1 through 58, above.

19      60. Defendant denies all of the allegations of Paragraph 60 of the Second
20  Amended Complaint.

21      61. Defendant denies all of the allegations of Paragraph 61 of the Second
22  Amended Complaint.

23      62. Defendant is without knowledge or information sufficient to form a
24  belief as to the truth or falsity of the allegations of Paragraph 62 of the Second
25  Amended Complaint and, therefore, Defendant denies the substance of such
26  allegations.

27      63. Defendant denies all of the allegations of Paragraph 63 of the Second
28  Amended Complaint.

64. Defendant denies all of the allegations of Paragraph 64 of the Second Amended Complaint.

65. Defendant denies all of the allegations of Paragraph 65 of the Second Amended Complaint.

66. Defendant denies all of the allegations of Paragraph 66 of the Second Amended Complaint.

67. Defendant denies all of the allegations of Paragraph 67 of the Second Amended Complaint.

68. Defendant denies all of the allegations of Paragraph 68 of the Second Amended Complaint.

**FIFTH COUNT – CONTRIBUTORY COPYRIGHT INFRINGEMENT**

69. Defendant repeats and incorporates by reference its responses to paragraphs 1 through 58, above.

70. Defendant denies all of the allegations of Paragraph 70 of the Second Amended Complaint.

71. Defendant denies all of the allegations of Paragraph 71 of the Second Amended Complaint.

72. Defendant denies all of the allegations of Paragraph 72 of the Second Amended Complaint.

73. Defendant denies all of the allegations of Paragraph 73 of the Second Amended Complaint.

74. Defendant denies all of the allegations of Paragraph 74 of the Second Amended Complaint.

75. Defendant denies all of the allegations of Paragraph 75 of the Second Amended Complaint.

**SIXTH COUNT – VICARIOUS COPYRIGHT INFRINGEMENT**

76. Defendant repeats and incorporates by reference its responses to paragraphs 1 through 75, above.

77. Defendant denies all of the allegations of Paragraph 77 of the Second Amended Complaint.

78. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 78 of the Second Amended Complaint and, therefore, Defendant denies the substance of such allegations.

79. Defendant denies all of the allegations of Paragraph 79 of the Second Amended Complaint.

80. Defendant denies all of the allegations of Paragraph 80 of the Second Amended Complaint.

81. Defendant denies all of the allegations of Paragraph 81 of the Second Amended Complaint.

82. Defendant denies all of the allegations of Paragraph 82 of the Second Amended Complaint.

83. Defendant denies all of the allegations of Paragraph 83 of the Second Amended Complaint.

84. Defendant denies all of the allegations of Paragraph 84 of the Second Amended Complaint.

## RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies generally and specifically that plaintiff has been damaged in any amount whatsoever and also denies that plaintiff is entitled to any form of relief based on the allegations in the Second Amended Complaint, including any of the specific types of relief requested in plaintiff's Prayer.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

1. Plaintiff fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

2. Defendant is a service provider protected from monetary damages by

§512 of the Digital Millennium Copyright Act, 17 U.S.C. §512, et seq.

### THIRD AFFIRMATIVE DEFENSE

3. Defendant is a service provider protected from injunctive relief by §512 of the Digital Millennium Copyright Act, 17 U.S.C. §512, et seq., except such relief permitted under 17 U.S.C. §512(j).

### FOURTH AFFIRMATIVE DEFENSE

4. Plaintiff's claims are barred by the doctrines of laches, waiver, and estoppel.

### FIFTH AFFIRMATIVE DEFENSE

5. Any damages and profits sought by Plaintiff are limited, in whole or, in part, by 17 U.S.C. §504(b) and exclude deductible expenses and any elements of profit attributable to factors other than the alleged infringement of Plaintiff's work.

### SIXTH AFFIRMATIVE DEFENSE

6. Any statutory damages sought by Plaintiff pursuant to 17 U.S.C. §504(c) are limited, in whole or in part, because Defendants have not acted willfully.

### SEVENTH AFFIRMATIVE DEFENSE

7. Defendants have not acted willfully.

### EIGHTH AFFIRMATIVE DEFENSE

8. Plaintiff's claims for equitable relief are barred by the doctrine of "unclean hands."

### NINTH AFFIRMATIVE DEFENSE

9. Plaintiff may not recover based on its copyright misuse.

### TENTH AFFIRMATIVE DEFENSE

10. Plaintiff has failed to mitigate its damages.

### ELEVENTH AFFIRMATIVE DEFENSE

11. Defendants reserve their rights to assert additional affirmative defenses, based on information and data learned during the course of discovery in this action.

## DEFENDANT'S PRAYER FOR RELIEF

Defendant ORBITZ WORLDWIDE, INC. respectfully prays for judgment as follows:

1. That Plaintiff take nothing by way of his Second Amended Complaint;

2. That the Second Amended Complaint be dismissed with prejudice and that judgment be entered in favor of defendant ORBITZ WORLDWIDE, INC;

3. That the Court award defendant ORBITZ WORLDWIDE, INC its attorneys' fees, costs, and expenses of this action to the fullest extent allowable by all applicable law, including but not limited to 17 U.S.C. §505; and

4. That the Court award defendant ORBITZ WORLDWIDE, INC such other and further relief as the Court deems just and proper.

Dated: February 28, 2012          McDERMOTT WILL & EMERY LLP

                                  By: /s/ Eric Levinrad
                                      Eric Levinrad

                                  Attorneys for Defendant ORBITZ
                                  WORLDWIDE, INC.

## DEMAND FOR JURY TRIAL

Defendant ORBITZ WORLDWIDE, INC. hereby demands a trial by jury on all issues that are triable by a jury.

Dated: February 28, 2012          McDERMOTT WILL & EMERY LLP

                                  By: /s/ Eric Levinrad
                                      Eric Levinrad

                                  Attorneys for Defendant ORBITZ
                                  WORLDWIDE, INC.

## CERTIFICATE OF SERVICE

I certify that on February 28, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**DEFENDANT ORBITZ WORLDWIDE, INC.'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT;**

**DEMAND FOR JURY TRIAL**

Executed on February 28, 2012, at Los Angeles, California.

/s/ Eric Levinrad

DM_US 31990430-1.059735.0221