O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BENKE, ) | Case No. CV 11-00397 DDP (VBKx) |
| Plaintiff, ) | |
| v. ) | **ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT IN PART AND GRANTING IN PART** |
| DEPARTURE AGENCY, INC.; ) DIGITARIA INTERACTIVE, INC.; ) HYATT HOTELS CORPORATION; ) MICHAEL KELLY; KELLY ) CAPITAL, LLC; KELLY CAPITAL ) INVESTMENTS, LLC; THE ANDAZ ) HOTEL, ) | [Dkt. Nos. 144, 145] |
| Defendants. ) | |

Presently before the court are two separate Motions for Summary Judgment, one filed by Defendants Digitaria Interactive, Inc. ("Digitaria") and the other by Defendants and Cross-Defendants Michael Kelly ("Kelly"), Kelly Capital, LLC ("Kelly Capital") and Kelly Capital Investments, LLC ("Kelly Investments") (collectively, the "Kelly Defendants").[1]

Having reviewed the submissions of the parties, the court concludes that as of the time Digitaria's motion was filed, prior

---

[1] All moving parties are represented by the same counsel.

to the close of discovery, there remain disputed issues of material fact regarding the relationship between Digitaria and Defendant Departure Agency, Inc. Digitaria's motion is, therefore, DENIED without prejudice.

Similar questions remain regarding the nature of the relationship between Kelly Capital and non-moving Defendant Kelly Hospitality, Inc. Plaintiff, however, appears to conflate Kelly Capital with Kelly Investments. There are no triable issues of material fact regarding links between Kelly or Kelly Investments and Kelly Capital. The Kelly Defendants' motion is therefore GRANTED in part, insofar as it seeks summary judgment on claims against Defendants Michael Kelly and Kelly Capital Investments, LLC. To the extent the Kelly Defendants' motion seeks summary judgment in favor of Kelly Capital, LLC, the Motion is DENIED without prejudice.

IT IS SO ORDERED.

Dated: January 3, 2013

DEAN D. PREGERSON
United States District Judge